HARRY SANTORO, Respondent, v. MARY Q. SANTORO, Appellant.— Action for absolute divorce. On the court's own motion, the appeal from the interlocutory judgment and the appeal from the final judgment are consolidated. Interlocutory judgment and final judgment in favor of plaintiff, and order denying defendant's motion for counsel fee and printing expenses, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

SARK COMPANY, INCORPORATED, Appellant, v. DISPLAY FINISHING CO., INC., Respondent.— Plaintiff appeals from an order granting reargument of its motion for summary judgment, and on reargument denying the motion and vacating an order theretofore made which had granted the motion as to the first cause of action. The action is based upon defendant's breach of a written agreement to pay plaintiff, its landlord, a specified sum towards the cost of installing certain windows in a portion of a factory building occupied by defendant. Order affirmed, with $10 costs and disbursements. As the affidavits present questions of fact, summary judgment was properly denied. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

CLARIBEL F. STAEHR, Respondent, v. WALTER C. STAEHR, Appellant. (Appeal No. 1.) — Order denying defendant's motion to modify a final judgment herein by reducing the amount of alimony, and directing defendant to pay to plaintiff the sum of $150 as a counsel fee, and $30 as disbursements, modified on the facts by striking out the third ordering paragraph and by providing, in lieu thereof, that the application for counsel fee and disbursements be denied. As so modified, the order is affirmed. with $10 costs and disbursements to the respondent. In the light of all the circumstances, particularly the arrears of alimony which remain to be paid by defendant, we are of opinion that there should be no departure in this case from the well-settled rule that an allowance will not be made for past expenses. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

CLARIBEL F. STAEHR, Respondent, v. WALTER C. STAEHR, Appellant. (Appeal No. 2.) — Order granting motion of plaintiff and directing defendant to pay to plaintiff the sum of $100 as a counsel fee, denying defendant's cross motion to vacate so much of a previous order as awarded a counsel fee of $150 to plaintiff, and further denying defendant's cross motion for reduction of alimony, modified on the law by striking out the third ordering paragraph. As so modified, the order is affirmed, with $10 costs and disbursements to respondent. The denial of the motion to vacate the allowance to plaintiff of $150 as counsel fee, contained in the previous order, is struck out in conformity with our determination in Staehr v. Staehr (ante, p. 943), decided herewith. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

NAT TUDANGER, Respondent, v. BENJAMIN FESTINGER, Individually and Doing Business as B. FESTINGER, Appellant.— Action to recover damages for breach of an alleged oral contract. Interlocutory judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Aldrich and Nolan, JJ.